UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carl-Eugene Pertuset, *et al.*,

    Plaintiffs,

        v.         Case No. 1:14cv321

Farm Credit Services of
Mid-America, PCA, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 20, 2014 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 27) of the Magistrate Judge is hereby **ADOPTED.** Defendants' Motions to Dismiss (Docs. 12, 14, and 25) are **GRANTED**; Plaintiffs' Motions to Amend (Docs. 10 and 19) are **DENIED**; and remaining pending motions (Docs. 6, 18, and 26) are DENIED consistent with the Recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                          *s/Michael R. Barrett*
                          Michael R. Barrett
                          United States District Judge